IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUIANA N. RIGGINS,

     Petitioner,

v.        CASE NO. 4:11cv641-RH/WCS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,

     Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed." No certificate of appealability will be issued. The clerk must close the file.

SO ORDERED on March 6, 2012.

          s/Robert L. Hinkle
          United States District Judge